IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

**ORDER OF TRANSFER**

With the consent of the Honorable Dean Whipple the civil cases listed on Attachment A to this order are hereby transferred to Judge Bough.

IT IS SO ORDERED.

/s/ Greg Kays
Greg Kays, Chief Judge
United States District Court

Date: February 6, 2015

**ATTACHMENT A**

| Case No. | Transferee Judge | Style of Case |
|---|---|---|
| 12-0446 | DW | Mallot v. Lexington Manor Healthcare Group, Inc. et al |
| 14-0019 | DW | Whittaker v. Kornegay |
| 14-0400 | DW | Fowler v. Colvin |
| 14-0446 | DW | Gonzalez v. Smithfield Foods, Inc. et al |
| 14-0588 | DW | Perkins v. Donahoe |
| 14-0829 | DW | Facklam v. Consumers Insurance USA, Inc. |
| 14-1035 | DW | Wein Properties LLC v. SP Plus Corporation |
| 14-1057 | DW | Tatum v. Colvin |
| 15-0050 | DW | Thompson v. Synerprise Consulting Services, Inc. |
| 13-3099 | DW | Smith v. Sanders |
| 15-3022 | DW | McCoy v. Colvin |